UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAMMOTH SPECIALTY LODGING,
LLC, a California limited
liability company,

        Petitioner,

    v.

WE-KA-JASSA INVESTMENT
FUND, LLC, a limited liability
company organized under the
laws of the Fort McDowell
Yavapai Nation,

        Respondent.
                                      /

NO. CIV. S-10-0864 LKK/JFM

O R D E R

    Petitioner Mammoth Specialty Lodging, LLC has filed a petition seeking to compel respondent We-Ka-Jassa Investment Fund, LLC to arbitrate claims arising out of a loan agreement. In connection with this petition, petitioner has requested a temporary restraining order enjoining respondent from conducting a foreclosure sale presently set for April 19, 2010. In part, petitioner disputes whether the loan is in default, argues that

1

this dispute as to default falls within the scope of the arbitration clause, and argues that respondent therefore lacks the right to foreclose until arbitration is complete.

Because the foreclosure sale is not set until Monday, April 19, the court may hear the request for a temporary restraining order on Friday, April 16, while preserving the rights of the parties. The court therefore SETS the matter for hearing for 10:00 a.m. on Friday, April 16, 2010. If petitioner has not already served respondent, petitioner SHALL either do so or explain why service is not possible. Fed. R. Civ. P. 65(b)(1). Respondent MAY file an opposition no later than 9:00 a.m. on Thursday, April 15, 2010.

IT IS SO ORDERED.

DATED: April 13, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT